Kevin Finnegan
Maryland Bar No. 13468
**GOLDBERG & FINNEGAN, LLC**
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
*kfinnegan@goldbergfinnegan.com*

John P. Kristensen (*Pro Hac Vice*)
California Bar No. 224132
Frank M. Mihalic, Jr. (*Pro Hac Vice*)
California Bar No. 344691
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*kristensen@cz.law*
*fmihalic@cz.law*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| ALEXIS EASTER, and JANASIA CRUMPLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LUST ENTERTAINMENT, LLC, dba LUST GENTLEMEN'S CLUB, a Maryland Limited Liability Company; NATHANIEL BROWN, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 1:22-cv-02592-RDB<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND ISSUANCE OF NOTICE PURSUANT TO THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216 (b)** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on Friday, April, 21, 2023, or whatever date this Court determines proper to hear this Motion, in Courtroom 5D, of the above-referenced Court, located at 101 West Lombard Street, plaintiffs ALEXIS EASTER and JANASIA CRUMPLER ("Plaintiffs"), individually and on behalf of all others similarly situated, will and hereby move this Court and in support states as follows:

1. Section 216(b) of the Fair Labor Standards Act ("FLSA") provides that an action to recover unpaid minimum wages, among other things, may be maintained against any employer in any federal or state court of competent jurisdiction by any one or more employees for and on behalf of himself or themselves and other employees similarly situated. See 29 U.S.C. § 216 (b).

2. Plaintiffs were misclassified as independent contractors, rather than employees, while working as exotic dancers at defendant Lust Entertainment, LLC dba Lust Gentlemen's Club and defendant Nathaniel Brown's adult entertainment club, Lust Gentlemen's Club in the past three (3) years.

3. Plaintiffs contend that Defendants misclassified them and other dancers as independent contractors when, in fact, the dancers are Defendants' employees under federal law. As a result of this misclassification, Plaintiffs allege that Defendants have violated the FLSA by failing to pay dancers minimum wages, requiring dancers to pay kickback fees in order to work, forcing dancers to "tip out" ineligible employees, management, and back to the club as well.

4. As is typical at the outset of a case brought under the FLSA, Plaintiffs now move

to inform them of their right to opt-in to this case under 29 U.S.C. § 216(b) of the FLSA. Plaintiffs seek conditional certification in a case with one job position, at a single business location, with the same job duties, working under the same management, and subject to the same unlawful policies of misclassification and absconding of tips.

5. Plaintiffs now move this Court for an Order conditionally certifying this matter as a collective action pursuant to 29 U.S.C. § 216 (b) and for an Order issuing notice of this action to be sent to dancers who have performed at defendants' club, Lust Gentlemen's Club, in the past three (3) years.

6. Pursuant to Local Rule of Civil Procedure 6(d), Counsel for Plaintiffs conferred with opposing counsel, and is authorized to represent that Defendant opposes the relief sought in this Motion.

7. A Memorandum of Points and Authorities in Support of this Motion accompanies the filing of this Motion.

8. This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities in support of this Motion, the declarations and exhibits thereto, the pleadings, and all other papers on file in this action, and upon such other evidence and arguments that may be presented at the hearing on this matter.

///

///

///

///

///

**WHEREFORE**, Plaintiffs, ALEXIS EASTER and JANASIA CRUMPLER, respectfully request that the Court **GRANT** Plaintiffs' Motion and **SUPERVISE** Notice, as detailed in Plaintiffs' Motion.

Respectfully submitted,

Dated: March 15, 2023

/s/ Kevin Finnegan
Kevin Finnegan
Maryland Bar No. 13468
**GOLDBERG & FINNEGAN, LLC**
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
*kfinnegan@goldbergfinnegan.com*

John P. Kristensen (*Pro Hac Vice*)
Frank M. Mihalic, Jr. (*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
kristensen@cz.law
fmihalic@cz.law

## CERTIFICATE OF SERVICE

I certify that on Wednesday, March 15, 2023, the foregoing document titled **PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND ISSUANCE OF NOTICE PURSUANT TO THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b)** was served via Electronic Transmission upon the following parties pursuant to Fed. R. Civ. P. 5:

Peter A Prevas
**PREVAS AND PREVAS**
309 North Charles Street
Suite 200
Baltimore, MD 21201
410-752-2340
Fax: 410-332-0474
*prevasandprevas@verizon.net*

*Counsel for Defendant*

Kevin Finnegan
No. 13468
**GOLDBERG FINNEGAN CANNON, LLC**
8401 Colesville Road, # 630
Silver Spring, MD 20910
(301) 589-2999
*finnegan@goldbergfinnegan.com*
*kevfinegan@aol.com*

*Co-counsel for Plaintiff*

*/s/ John P. Kristensen*
John P. Kristensen