Kevin Finnegan
Maryland Bar No. 13468
**GOLDBERG & FINNEGAN, LLC**
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
*kfinnegan@goldbergfinnegan.com*

John P. Kristensen
California Bar No. 224132
(*Pro Hac Vice*)
Frank M. Mihalic, Jr.
California Bar No. 344691
(*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*kristensen@cz.law*
*fmihalic@cz.law*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| ALEXIS EASTER, and JANASIA CRUMPLER, individually and on behalf of all others similarly situated, | Case No.: 1:22-cv-02592-RDB<br><br>**COLLECTIVE ACTION** |
| Plaintiffs, | |
| v. | **PLAINTIFF ALEXIS EASTER'S NOTICE OF LODGING AFTER ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| LUST ENTERTAINMENT, LLC dba LUST GENTLEMEN'S CLUB, a Maryland Limited Liability Company; NATHANIEL BROWN, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**COMES NOW** plaintiff Alexis Easter ("Plaintiff" "Ms. Easter") by and through undersigned counsel, and submits this Notice of Lodging re: Proposed Judgment pursuant to the Notice of Acceptance filed on October 2, 2023.

Respectfully submitted,

Dated: October 2, 2023

*/s/ John P. Kristensen*
John P. Kristensen (*Pro Hac Vice*)
Frank M. Mihalic, Jr. (*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
*kristensen@cz.law*
*fmihalic@cz.law*

Kevin Finnegan
Maryland Bar No. 13468
**GOLDBERG & FINNEGAN, LLC**
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
*kfinnegan@goldbergfinnegan.com*

# **CERTIFICATE OF SERVICE**

I certify that on Monday, October 02, 2023, the foregoing document titled **PLAINTIFF ALEXIS EASTER'S [PROPOSED] JUDGMENT; NOTICE OF LODGING [PROPOSED] JUDGMENT** served via Electronic Transmission upon the following parties pursuant to Fed. R. Civ. P. 5:

| | |
|---|---|
| Peter A. Prevas<br>**PREVAS AND PREVAS**<br>309 North Charles Street<br>Suite 200<br>Baltimore, MD 21201<br>410-752-2340<br>Fax: 410-332-0474<br>*prevasandprevas@verizon.net*<br><br>*Counsel for Defendants* | Kevin Finnegan<br>No. 13468<br>**GOLDBERG FINNEGAN CANNON, LLC**<br>8401 Colesville Road, # 630<br>Silver Spring, MD 20910<br>(301) 589-2999<br>*finnegan@goldbergfinnegan.com*<br>*kevfinegan@aol.com*<br><br>*Co-counsel for Plaintiff* |

                                                  */s/ Frank M. Mihalic, Jr.*
                                                   Frank M. Mihalic, Jr.